UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BENJAMIN RODRIGUEZ,

           Petitioner,

vs.                        Case No. 2:06-cv-391-FtM-29SPC
                              Case No. 2:05-cr-9-FTM-29SPC

UNITED STATES OF AMERICA,

           Respondent.
_____

## OPINION AND ORDER

     This matter comes before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #30), filed on August 31, 2007, recommending that petitioner's letter motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. 2255 (Doc. #1) be denied. No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de

novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file, transcript of the evidentiary hearing, and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. #30) recommending that petitioner's letter motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. 2255 (Doc. #1) be denied is **adopted**.

2. Petitioner's letter motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. 2255 (Doc. #1) is **DENIED**.

3. The Clerk shall enter judgment accordingly, close the civil file, and file a certified copy of said judgment in the corresponding criminal case.

**DONE AND ORDERED** at Fort Myers, Florida, this __27th__ day of September, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
Petitioner
AUSA